Matthew W. Park
Nevada Bar No. 12062
Daniel P. Kiefer
Nevada Bar No. 12419
LEE KIEFER & PARK LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV  89134
Phone: 702-333-1711
Email: litigation@lkpfirm.com

*Attorneys for Defendant*
*Gwendolyn Leah Dyson as*
*Administrator of the Estate of*
*John Leonard Coleman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN V. AGUILAR, an individual; GWENDOLYN LEAH DYSON, as Administrator of the Estate of John Leonard Coleman; AMERICAN FUNERAL FINANCIAL, LLC, a South Carolina limited liability corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-00121-JAD-BNW<br><br>**JOINT STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULT AGAINST DEFENDANT DYSON** |

Defendant Gwendolyn Leah Dyson ("Dyson"), Plaintiff Primerica Life Insurance Company ("Plaintiff"), Karen V. Aguilar ("Aguilar"), and American Funeral Financial LLC ("AFF") hereby stipulate and agree to set aside the Clerk's Entry of Default (ECF No. 18) against Dyson, entered on April 16, 2020. As a material condition of this stipulation, Dyson agrees to file an Answer to the interpleader Complaint (ECF No. 1) within seven days after the entry of this Order, which will be considered as though it were timely filed.

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated May 20, 2020.

| | |
|---|---|
| */s/ Matthew W. Park*<br>Matthew W. Park, Esq.<br>LEE KIEFER & PARK LLP<br>1707 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>(702) 333-1711<br>matt@lkpfirm.com<br>*Counsel for Defendant*<br>*Gwendolyn Leah Dyson as Administrator of*<br>*the Estate of John Leonard Coleman* | */s/ Lee Gorlin*<br>Lee Gorlin, Esq.<br>FORAN GLENNON PALANDECH PONZI<br>& RUDLOFF<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052<br>(702) 827-1510<br>lgorlin@fgppr.com<br>*Counsel for Plaintiff* |
| /s/ *Hilary A. Williams*<br>Hilary A. Williams, Esq.<br>PAYNE & FEARS LLP<br>6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>(702) 851-0300<br>haw@paynefears.com<br>*Attorneys for Defendant and*<br>*Cross-Claimant,*<br>*American Funeral Financial, LLC* | /s/ *Lisa Rasmussen*<br>Lisa Rasmussen, Esq.<br>LAW OFFICES OF KRISTINA<br>WILDEVELD & ASSOCIATES<br>550 E. Charleston Blvd.<br>Las Vegas, NV 89101<br>T. (702) 222-0007 | F. (702) 222-0001<br>*Attorneys for Defendant and Cross-Claimant,*<br>*Karen V. Aguilar* |

**ORDER**

IT IS SO ORDERED

DATED: 5:49 pm, July 30, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Page **2**