AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Primerica Life Insurance Co.,

                Plaintiff,

v.

Karen V. Aguilar, Gwendolyn L. Dyson,
& American Funeral Financial, LLC

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00121-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Primerica shall receive $11,294.12 in attorneys' fees and costs.

6/10/2021
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk