# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Primerica Life Insurance Company,<br><br>　　Plaintiff<br><br>v.<br><br>Karen V. Aguilar, an individual, et al.,<br><br>　　Defendants | Case No.: 2:20-cv-00121-JAD-BNW<br><br>**Order Granting Motion for Disbursement of Attorney Fee Judgment from Interpleader Funds**<br><br>[ECF No. 60] |

　　Interpleader plaintiff Primerica Life Insurance Company commenced this action to determine the beneficiary of a life-insurance policy's proceeds. On motion, the court awarded Primerica its attorneys' fees and costs,[1] and Primerica now moves under 28 U.S.C. §1335 for the court to order the awarded amount to be disbursed from the interpled funds.[2] The deadline to oppose that motion expired without opposition or a request to extend the deadline to file one.

　　Good cause appearing, IT IS HEREBY ORDERED that the Motion for Release of Funds **[ECF No. 60] is GRANTED.** The Clerk of Court is directed to **DISBURSE the sum of $11,294.12** from the Interpled Funds[3] to Primerica Life Insurance Company, mailed to:

> Clyde & Co., LLP
> c/o Gina Brouse
> 3690 Howard Hughes Parkway, Suite 500
> Las Vegas, NV  89169

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　Dated: June 29, 2021

---

[1] ECF Nos. 57 (order), 58 (judgment).
[2] ECF No. 60.
[3] ECF No. 29 (certificate of cash deposit).