MATTHEW W. PARK (Nevada Bar No. 12062)
DANIEL P. KIEFER (Nevada Bar No. 12419)
LEE KIEFER & PARK LLP
1140 N. Town Center Drive
Las Vegas, NV  89144
Phone: 702-333-1711
Email: litigation@lkpfirm.com
*Attorneys for Defendant*
*Gwendolyn Leah Dyson as*
*Administrator of the Estate of*
*John Leonard Coleman*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAREN V. AGUILAR, an individual; GWENDOLYN LEAH DYSON, as Administrator of the Estate of John Leonard Coleman; AMERICAN FUNERAL FINANCIAL, LLC, a South Carolina limited liability corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-00121-JAD-BNW<br><br>**ORDER GRANTING REQUEST FOR CLERK'S DISTRIBUTION OF FUNDS**<br><br>ECF Nos. 72, 74 |

It is hereby ORDERED that the Clerk of the Court shall distribute the funds on deposit with Court in this matter as follows:

1. $174,000.00 to Defendant Karen V. Aguilar, plus 41.9% of any funds accrued above $415,536.00 (the "Augilar Funds").  The Aguilar Funds are to be paid directly to the LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES, whose mailing address is 550 E. Charleston Blvd., Suite A, Las Vegas, Nevada 89104.

2. $42,555.00 to Defendant American Funeral Financial, LLC (the "AFF Funds"). The AFF Funds are to be paid directly to the law firm of PAYNE & FEARS LLP, whose mailing address is 6385 South Rainbow Blvd., Suite 220, Las Vegas, Nevada 89118.

3. $198,981.00 to Defendant Gwendolyn Leah Dyson, as Administrator of the Estate of John Leonard Coleman, plus 58.1% of any funds accrued above $415,536.00 (the "Estate Funds"). The

Estate Funds are to be paid directly to the law firm of LEE KIEFER & PARK, LLP, whose mailing address is 1140 N. Town Center Drive, Suite 200, Las Vegas, Nevada 89144.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
February 9, 2022

*Submitted and approved by:*

**LEE KIEFER & PARK LLP**

BY: __/s/ Daniel P. Kiefer_____
DANIEL P. KIEFER
1140 N. Town Center Drive
Las Vegas, NV  89144
Phone: 702-333-1711
Email: litigation@lkpfirm.com
*Attorneys for Defendant*
*Gwendolyn Leah Dyson as*
*Administrator of the Estate of*

*Approved by:*

**PAYNE & FEARS LLP**

By: __/s/ Sarah J. Odia_____
SARAH J. ODIA, ESQ.
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
(702) 851-0300
haw@paynefears.com
*Attorneys for Defendant and*
*Cross-Claimant,*
*American Funeral Financial, LLC*

**LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

By: __/s/ Lisa Rasmussen_____
LISA RASMUSSEN, ESQ.
550 E. Charleston Blvd.
Las Vegas, NV  89101
T. (702) 222-0007 | F. (702) 222-0001
*Attorneys for Defendant and Cross-Claimant,*
*Karen V. Aguilar*